**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**LANG NATURALS, INC.,**

**Plaintiff,**

**v.**

**ISS RESEARCH, LLC,**

**Defendant.**

[redacted]n No. 07 275 S

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and Local Civil Rule 81, Defendant, ISS Research, LLC ("ISS"), gives notice of the removal of this action from the Superior Court of Providence County, Rhode Island, to the United States District Court for the District of Rhode Island. ISS states that the grounds for removal are as follows:

1. The Summons and Complaint in this action were filed in the Superior Court of Providence County on June 25, 2007. Defendant was served a copy of the Summons and Complaint on July 5, 2007. This notice of removal is timely filed in accordance with the provisions of 28 U.S.C. § 1446(b).

2. The action is now pending in the Providence County Superior Court, designated Civil Action No. 07-3226, and the time within which Defendant is required by the laws of Rhode Island to answer or otherwise plead has not yet expired.

3. This Court has jurisdiction over the civil action pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332, in that:

(a) This is a civil action in which there is complete diversity of citizenship. Plaintiff is a citizen and resident of Rhode Island (Complaint, ¶1). ISS is a North Carolina limited liability company with its principal place of

business in Charlotte, North Carolina (Complaint, ¶2), none of whose members are citizens of Rhode Island.

(b) The amount in controversy, based on the nature of the plaintiff's allegations and his claim for punitive damages, exceeds $75,000, exclusive of interest and costs. Specifically, Plaintiff alleges in paragraph 8 of its Complaint that ISS owes it development expenses "which total not less than $122,621."

4. Because this action is pending in the Superior Court of Providence County, Rhode Island, venue in the United States District Court for the District of Rhode Island is proper pursuant to 28 USC §1441(a).

5. ISS has attached to this Notice as Exhibit A all process, pleadings and orders served upon them as required by 28 USC §1446(a) and Local Civil Rule 81(a).

6. ISS's counsel will give counsel for Plaintiff written notice of the removal of this action and will file a copy of this Notice with the Clerk of the Superior Court of Providence County, Rhode Island, as required by 28 USC §1446(d) and Local Civil Rule 81(a)(1) – (2).

7. By filing this Notice, ISS does not waive any defense that may be available to it.

Respectfully submitted this 20th day of July, 2007.

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
jvc@blishcavlaw.com
ker@blishcavlaw.com

**ATTORNEYS FOR DEFENDANT**
**ISS RESEARCH, LLC**

**OF COUNSEL:**

Lawrence C. Moore, III
N.C. Bar No. 21731
Seth W. Whitaker
N.C. Bar No. 32999

**ROBINSON, BRADSHAW & HINSON, P.A.**
One Independence Center, Suite 1900
101 North Tryon Street
Charlotte, North Carolina 28246
(704) 377-2536 (phone)
(704) 378-4000 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2007, an exact copy of the within document was served on counsel of record by U.S. Mail, postage prepaid, as follows:

Robert K. Taylor, Esq.
Patridge Snow & Hahn
180 South Main Street
Providence, RI 02903
rkt@psh.com