STAT ˉ RHODE ISLAND AND PROVIDENCE PL ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3226 LANG NATURALS INC V ISS RESEARCH LLC

Filing Date: 06-25-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 07-25-2007

Plaintiff: LANG NATURALS INC
ID: @10912931

Attorney: ROBERT TAYLOR

Defendant: ISS RESEARCH LLC
ID: @10912933

Attorney: JOSEPH CAVANAGH
Attorney: KRISTIN RODGERS

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-25-2007 | COMPLAINT FILED | |
| 06-25-2007 | INITIAL FILING FEE | |
| 06-25-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP251199. |
| 07-20-2007 | NOTICE OF REMOVAL | Affiliated: ISS RESEARCH LLC |
| 07-25-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT #CA 07 275S |
| 07-25-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island