**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **LANG NATURALS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **C.A. No. 07-275-S** |
| **ISS RESEARCH, LLC,** | |
| **Defendant.** | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

Defendant ISS Research, LLC, hereby moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time in which to answer or otherwise respond to the Complaint. With the consent of plaintiff, defendant seeks a two (2) week extension, or until September 7, 2007. As set forth herein, good cause exists for this motion.

1. The Summons and Complaint in this action were filed in the Superior Court of Providence County on June 25, 2007, and defendant was served a copy of the Summons and Complaint on July 5, 2007.

2. Defendant filed its notice of removal with this Court on July 20, 2007.

3. With the consent of the plaintiff, defendant had requested and been granted by this Court an extension until August 24, 2007, in which to answer or otherwise respond to the complaint. Accordingly, the time for responding has not yet expired.

4. The existing deadline is insufficient to allow counsel for defendant to investigate this matter full and to prepare an appropriate response.

5. Counsel for plaintiff has no objection to this proposed extension until September 7, 2007.

For these reasons, defendant ISS Research, LLC respectfully requests that this Court grants its motion for an extension of two (2) weeks, and allow defendant up through and including September 7, 2007, to answer or otherwise respond to plaintiff's Complaint.

Respectfully submitted this 16th day of August, 2007.

/s/ Kristin E. Rodgers
____________________________
Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
jvc@blishcavlaw.com
ker@blishcavlaw.com

**Attorneys for Defendant**
**ISS RESEARCH, LLC**

**OF COUNSEL:**

Lawrence C. Moore, III
N.C. Bar No. 21731
Seth W. Whitaker
N.C. Bar No. 32999

**ROBINSON, BRADSHAW & HINSON, P.A.**
One Independence Center, Suite 1900
101 North Tryon Street
Charlotte, North Carolina 28246
(704) 377-2536 (phone)
(704) 378-4000 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2007, an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record as follows:

Robert K. Taylor, Esq.
rkt@psh.com

/s/ Kristin E. Rodgers
of Blish & Cavanagh LLP