# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

LANG NATURALS, INC.,

Plaintiff,

v.

C.A. No. 07-275-S

ISS RESEARCH, LLC,

Defendant.

## AFFIDAVIT OF DAVID LANG

David Lang, being duly sworn, deposes and states as follows:

1. I am the President of Plaintiff Lang Naturals, Inc. ("Lang").

2. Lang is a Rhode Island corporation with its principal place of business in Newport, Rhode Island. Lang develops and sells nutritional products such as high protein food bars and beverages. Lang's customers resell the products to retailers or end users.

3. In April, 2006, representatives of ISS traveled to Rhode Island to meet with representatives of Lang. At the request of ISS, Lang agreed to develop a nutritional beverage for ISS. Lang and ISS further agreed that if Lang developed a nutritional beverage for ISS, but ISS did not enter into a supply contract with Lang, ISS would reimburse Lang for its development costs.

4. Lang successfully developed a nutritional beverage for ISS. Lang used its own research and development staff for product formulation, and other staff to perform purchasing and support functions. At least six Lang executives and employees in Rhode Island devoted significant time and effort to this very demanding project, which was Lang's highest priority project during a certain period. Lang incurred significant product development costs, including

the cost of production trials, ingredients, and shipping. In early July 2006, ISS tasted the product and told Lang that it was excellent, met ISS' quality objectives, and was clearly superior to competing products. Lang thereafter devoted considerable effort to responding to ISS' demands relating to packaging in anticipation of ISS launching the new product.

5. Between April 2006 and April 2007, ISS repeatedly authorized and approved continued development work, with knowledge that Lang was incurring substantial expenses for such work. Once successfully developed, however, ISS declined to enter into a supply contract with Lang for the nutritional beverage. ISS instead secretly approached a company used by Lang to manufacture its nutritional products to determine if that company would manufacture directly for ISS. When Lang by chance learned of ISS' activity while visiting the manufacturer's plant, Lang's manufacturer declined to deal with ISS.

6. By letter dated May 29, 2007, ISS sent Lang a letter threatening suit for alleged violations of the federal Sherman Act, North Carolina trade practices law, and common law tort duties. ISS sent Lang's manufacturer a copy of its letter. Lang responded with a formal demand for payment of sums due to Lang by Friday, June 22, 2007. Without attempting any further communication, ISS filed suit prior to the expiration of Lang's payment deadline.

[signature]
David Lang

STATE OF RHODE ISLAND
COUNTY OF NEWPORT

In Newport, in said County, on the 24th day of September, 2007, before me personally appeared the within-named David Lang, to me known and known by me to be the person executing the foregoing instrument, and he acknowledged said instrument by him so executed to be his free act and deed.

[signature]
Notary Public
My Commission Expires: Feb. 2, 2009

941144_1/3879-21