# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No: 3:07-CV-242**

| | |
|---|---|
| **ISS RESEARCH, LLC**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LANG NATURALS, INC.**<br><br>**Defendant.** | **CERTIFICATION AND REPORT OF INITIAL ATTORNEY'S CONFERENCE** |

1. Certification of Conference. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(A), a meeting was held on September 18, 2007 at 3:00 p.m. by telephone, and was conducted by counsel for plaintiff Lawrence Moore and counsel for defendant Robert Taylor.

2. Pre-Discovery Disclosures. The written disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure will be exchanged by October 15, 2007.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

a) All fact discovery shall be commenced in time to be completed by June 1, 2008.

b) Discovery Limits (Total for Case):

1) Maximum of 20 interrogatories by each party to any other party.

2) Maximum of 20 requests for admission by each party to any other party.

3) Maximum of 6 fact depositions by plaintiff and 6 fact depositions by defendant.

4) Expert depositions are excluded from these numbers, and the parties may depose any expert designated to testify at trial.

c) Reports from retained experts under Rule 26(a)(2) will be due July 1, 2008: Rebuttal reports will be due July 31, 2008. Expert depositions are to conclude by September 15, 2008.

d) Supplementations under Rule 26(e) due within 30 days of a party's discovery of information requiring supplementation under Rule 26(e).

4. Other items.

a) The parties do not request a conference with the court before entry of the scheduling order.

b) All potententially dispositive motions should be filed by October 15, 2008.

c) Settlement:

[ ] is likely

[ ] is unlikely

[X] cannot be evaluated prior to December 1, 2008

[ X ] may be enhanced by use of the following ADR procedure:

[ X ] Mediated Settlement Conference

[ ] Binding arbitration

[ ] Judicial settlement conference

[ ] other ____________________

The parties agree that the above selected ADR procedure would be most useful if conducted:

[ ] after resolution of any outstanding dispositive motions, but prior to further discovery;

[x] after an initial round of preliminary discovery to be completed by December 1, 2008;

[ ] after the completion of discovery;

[ ] after resolution of summary judgment motions, if any

[ ] not applicable;

[] Other

d) Final lists of witnesses and exhibits under Rule 26(a)(3) are due within thirty (30) days before trial. Motions in limine are due five (5) days before trial.

e) If the case is ultimately tried, trial is expected to take approximately one week to ten days (if antitrust issues remain in the case) or three days (if not).

5. Please identify any other matters regarding discovery or case management which may require the Court's attention: The parties anticipate negotiating and proposing a consent protective order for entry by the Court.

Respectfully submitted, this 21st day of September, 2007.

s/ Lawrence C. Moore, III
Lawrence C. Moore, III
N.C. Bar No. 21731

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246-1900
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
lmoore@rbh.com

ATTORNEYS FOR PLAINTIFF ISS RESEARCH, LLC.

With the consent of counsel for Defendant Lang Naturals, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **CERTIFICATION AND REPORT OF INITIAL ATTORNEY'S CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

William C. Mayberry
bill.mayberry@hmw.com

Lawrence C. Moore, III
lmoore@rbh.com

Seth W. Whitaker
swhitaker@rbh.com

This 21st day of September, 2007.

Respectfully submitted,

s/ Lawrence C. Moore, III
Lawrence C. Moore, III
N.C. Bar No. 21731

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246-1900
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
lmoore@rbh.com