**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **LANG NATURALS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ISS RESEARCH, LLC,**<br><br>**Defendant.** | **C.A. No. 07-275-S** |

**ASSENTED TO MOTION FOR CONTINUANCE OF HEARING AND EXTENSION OF TIME**

Defendant ISS Research, LLC ("ISS"), hereby moves this Court for a continuance of the hearing on ISS's Motion to Dismiss of In the Alternative to Stay the Action or Transfer Venue to the Western District of North Carolina (the "Motion to Dismiss"), presently scheduled for October 15, 2007, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time in which to file a response to Plaintiff's Objection to Motion to Dismiss, presently due on October 9, 2007. With the consent of Plaintiff, Defendant seeks a two (2) week extension for both the hearing and the reply memorandum.

Good cause exists for this motion. The parties are presently engaged in settlement discussions, have a settlement agreement in principle with regard to all pending litigation between the parties, and require additional time to effectuate all settlement documents, including a Dismissal Stipulation in this action. Such efforts are likely to extend past the October 9, 2007 filing deadline and the October 15, 2007 hearing date. Accordingly, Defendant seeks a two (2) week continuance of the October 15, 2007 Motion to Dismiss (or to a date thereafter that is amendable to the Court) and a two (2) week extension of time to file a reply to the Plaintiff's Objection to Motion to Dismiss, from October 9, 2007 to October 23, 2007.

Counsel for plaintiff has no objection to these proposed extensions.

For these reasons, Defendant, ISS Research, LLC, respectfully requests that this Court grants its motion for a continuance of the October 15, 2007 hearing on its Motion to Dismiss for two weeks (or to a time thereafter in which the Court is available to hear such matter), and grant its motion for extension of two (2) weeks to allow Defendant up through and including October 23, 2007, to file a reply to Plaintiff's Objection to Motion to Dismiss.

Respectfully submitted this 4th day of October, 2007.

/s/ Kristin E. Rodgers
___________________________

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
jvc@blishcavlaw.com
ker@blishcavlaw.com

**Attorneys for Defendant**
**ISS RESEARCH, LLC**

**OF COUNSEL:**

Lawrence C. Moore, III
N.C. Bar No. 21731
Seth W. Whitaker
N.C. Bar No. 32999

**ROBINSON, BRADSHAW & HINSON, P.A.**
One Independence Center, Suite 1900
101 North Tryon Street
Charlotte, North Carolina 28246
(704) 377-2536 (phone)
(704) 378-4000 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2007, an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record as follows:

Robert K. Taylor, Esq.
rkt@psh.com

/s/ Kristin E. Rodgers
of Blish & Cavanagh LLP