**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**LANG NATURALS, INC.,**

**Plaintiff,**

**v.**

**ISS RESEARCH, LLC,**

**Defendant.**

**C.A. No. 07-275-S**

**ASSENTED TO MOTION FOR FURTHER CONTINUANCE OF HEARING AND EXTENSION OF TIME**

Defendant ISS Research, LLC ("ISS"), hereby moves this Court for a further continuance of the hearing on ISS's Motion to Dismiss or In the Alternative to Stay the Action or Transfer Venue to the Western District of North Carolina (the "Motion to Dismiss"), presently scheduled for October 24, 2007, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time in which to file a response to Plaintiff's Objection to Motion to Dismiss. With the consent of Plaintiff, Defendant seeks a one (1) week extension for both the hearing and the reply memorandum.

Good cause exists for this motion. The parties are presently engaged in settlement discussions, have a settlement agreement in principle with regard to all pending litigation between the parties, and require additional time to effectuate all settlement documents, including a Dismissal Stipulation in this action. Such efforts are likely to extend past the October 24, 2007 hearing date. Accordingly, Defendant seeks a one (1) week continuance of the October 24, 2007 hearing on Motion to Dismiss (or to a date thereafter that is amendable to the Court) and a one (1) week extension of time to file a reply to the Plaintiff's Objection to Motion to Dismiss.

Counsel for plaintiff has no objection to these proposed extensions.

For these reasons, Defendant, ISS Research, LLC, respectfully requests that this Court grant its motion for a continuance of the October 24, 2007 hearing on its Motion to Dismiss for one week (or to a time thereafter in which the Court is available to hear such matter), and grant its motion for extension of one (1) week to allow Defendant to file a reply to Plaintiff's Objection to Motion to Dismiss.

Respectfully submitted this 22nd day of October, 2007.

/s/ Joseph V. Cavanagh, III

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
Joseph V. Cavanagh, III ##6907
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
jvc@blishcavlaw.com
ker@blishcavlaw.com
jvc3@blishcavlaw.com

**Attorneys for Defendant**
**ISS RESEARCH, LLC**

**OF COUNSEL:**

Lawrence C. Moore, III
N.C. Bar No. 21731
Seth W. Whitaker
N.C. Bar No. 32999

**ROBINSON, BRADSHAW & HINSON, P.A.**
One Independence Center, Suite 1900
101 North Tryon Street
Charlotte, North Carolina 28246
(704) 377-2536 (phone)
(704) 378-4000 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2007, an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record as follows:

Robert K. Taylor, Esq.
rkt@psh.com

/s/ Joseph V. Cavanagh, III
of Blish & Cavanagh LLP