# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LANG NATURALS, INC.,<br>Plaintiff<br>v.<br>ISS RESEARCH, LLC,<br>Defendant | C.A. No. 07-275-S |

## NOTICE OF VOLUNTARY DISMISSAL

Defendant Lang Naturals, Inc., pursuant to Rule 41(a)(1)(i), hereby voluntarily dismisses the within action with prejudice, each party to bear its own fees and costs.

LANG NATURALS, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: November 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was electronically filed with the Clerk of the United States District Court for the District of Rhode Island on the 1st day of November, 2007 and is available for viewing and downloading to the following counsel of record:

Joseph V. Cavanagh, III, Esq. / Blish & Cavanagh, LLP
jvc3@blishcavlaw.com

Joseph V. Cavanagh, Jr., Esq. / Blish & Cavanagh, LLP
jvc@blishcavlaw.com

Kristin E. Rodgers, Esq. / Blish & Cavanagh, LLP
ker@blishcavlaw.com

/s/ Robert K. Taylor

948501_1/3879-21